# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Woodbridge Group of Companies, LLC, | ) | Case No. 17-12560-BLS |
|     Remaining Debtors. | ) | (Jointly Administered) |
| ---------------------------------------------------------------- | ) | |
| Michael Goldberg, in his capacity as Liquidating | ) | |
| Trustee of the WOODBRIDGE LIQUIDATION | ) | |
| TRUST, | ) | Adversary Proceeding |
|     Plaintiff, | ) | Case No. 19-50966-BLS |
|                       v. | ) | |
| Dime Strategies, Inc., and Ronald Diez, | ) | |
|     Defendants. | ) | |

## ENTRY OF APPEARANCE: BILLION LAW FOR THE DEFENDANTS RONALD DIEZ & DIME STRATEGIES, INC.

      PLEASE TAKE NOTICE that Mark M. Billion and Peter K. Schaeffer of Billion Law hereby appear in the above-captioned action as counsel for Defendants Ronald Diez and DIme Strategies, Inc..  Billion Law requests that all papers and notices in the above-captioned action be sent to the address set forth below.

October 27, 2020

BILLION LAW
/s/ Mark M. Billion #5263
Mark M. Billion
Peter K. Schaeffer
1073 S. Governors Ave.
Dover, DE 19904
302 428 9400
markbillion@billionlaw.com

Certificate of Service

On October 27, 2020, a copy of the captioned document has been served on all parties of record via CM/ECF and by US Post, First Class upon:

**Andrew Caine**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067
United States
Email: acaine@pszjlaw.com
*LEAD ATTORNEY*

**Colin R. Robinson**
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE 19801
302-778-6426
Fax : 302-562-4400
Email: crobinson@pszjlaw.com

**Bradford J. Sandler**
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19899-8705
302-652-4100
Fax : 302-652-4400
Email: bsandler@pszjlaw.com
*LEAD ATTORNEY*


BILLION LAW
/s/ Mark M. Billion #5263
Mark M. Billion
Peter K. Schaeffer
1073 S. Governors Ave.
Dover, DE 19904
302 428 9400
markbillion@billionlaw.com