## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, | |
| Plaintiff, vs. | Adversary Proceeding Case No. 19-50966 (BLS) |
| DIME STRATEGIES, INC., and RONALD P. DIEZ, | |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF STIPULATION REGARDING APPOINTMENT OF MEDIATOR

**PLEASE TAKE NOTICE** that the Woodbridge Liquidation Trust hereby withdraws without prejudice the *Stipulation Regarding Appointment of Mediator* [Adv. Docket No. 20], filed on November 19, 2020 with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

Dated:  November 23, 2020

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Andrew W. Caine (CA Bar No. 110345)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  bsandler@pszjlaw.com
           acaine@pszjlaw.com
           crobinson@pszjlaw.com

*Counsel for the Woodbridge Liquidation Trust*

---

[1]  The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).