# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>WOODBRIDG GROUP OF COMPANIES, LLC, et al.,<br><br>Remaining Debtors.<br><br>MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>Dime Strategies, Inc. and Ronald P. Diez,<br><br>Defendants. | **Chapter 11**<br>**Case No. 17-12560 (JKS)**<br>**(Jointly Administered)**<br><br><br><br>**Adversary Proceeding**<br>**Case No. 19-50966 (JKS)** |

## ORDER APPROVING THE AMENDED JOINT STIPULATION EXTENDING TIME

Upon review of the record, it is hereby ORDERED that the captioned stipulation is approved and further that:

1. The time within which Defendants Dime Strategies, Inc. and Ronald P. Diez have to respond to the Partial Summary Judgment motion is extended up to and through December 20, 2024

2. The time that the Plaintiffs shall have to reply is hereby extended up to and through January 7, 2025.

|  |  |
|---|---|
| **Dated: December 13th, 2024**<br>**Wilmington, Delaware** | **J. KATE STICKLES**<br>**UNITED STATES BANKRUPTCY JUDGE** |