IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>WOODBRIDG GROUP OF COMPANIES, LLC, et al.,<br><br>　　　　　　　　Remaining Debtors.<br><br>MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Dime Strategies, Inc. and Ronald P. Diez,<br><br>　　　　　　　　Defendants. | **Chapter 11**<br>**Case No. 17-12560 (JKS)**<br>**(Jointly Administered)**<br><br><br><br>**Adversary Proceeding**<br>**Case No. 19-50966 (JKS)** |

## AMENDED JOINT STIPULATION EXTENDING TIME

COMES NOW Plaintiff, MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST, and Defendants RONALD P. DIEZ and DIME STRATEGIES, INC., by and through their respective undersigned counsel of record, and hereby stipulate and agree that (i) the time within which Defendants Dime Strategies, Inc. and Ronald P. Diez have to respond to the Partial Summary Judgment motion is extended up to and through

March 7, 2025 and (ii) the time that the Plaintiffs shall have to reply is hereby extended up to and through March 21, 2025.

Respectfully submitted, this 14 day of February, 2025.

**CONSENTED BY:**

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Jeffrey P. Nolan*
Bradford J. Sandler (DE Bar No. 4142)
Jeffrey P. Nolan
Jason S. Pomerantz (CA Bar No. 157216)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
jspomerantz@pszjlaw.com
crobinson@pszjlaw.com

*Counsel to the Plaintiff*

**BILLION LAW**

*/s/ Mark Billion*
Mark Billion
20184 Coastal Hwy. Suite 205
Rehoboth Beach, DE 19971
302.674.2210

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Amended Joint Stipulation Extending Time* has this day been electronically filed on PACER, which will provide copies of same to all counsel of record as follows:

Jeffrey P. Nolan
Bradford J. Sandler (DE Bar No. 4142)
Jason S. Pomerantz (CA Bar No. 157216)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: jnolan@pszjlaw.com
bsandler@pszjlaw.com
jspomerantz@pszjlaw.com
crobinson@pszjlaw.com

This 14 day of February, 2025.

**BILLION LAW**
*/s/ Mark Billion*
Mark Billion
20184 Coastal Hwy. Suite 205
Rehoboth Beach, DE 19971
302.674.2210